# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-107
_____

WILLIAM ESCOFFERY,

Appellant,

v.

CLAUDE PERRY,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

May 17, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William M. Escoffery, pro se, Appellant.

Dana C. Matthews, II, of Matthews & Jones, LLP, Destin, for Appellee.